JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY BAUTISTA**, individually and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTH COUNTY ORTHOPEDIC SPECIALISTS**,<br><br>Defendant. | Case No.: 8:18-cv-02256-DOC-DCM<br>*Hon. District Judge David O. Carter*<br>*Hon. Magistrate Judge Douglas F. McCormick*<br><br>**ORDER OF DISMISSAL [25]** |

This matter having come before the Court pursuant to the stipulation of the parties, by and through their counsel, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the putative collective and class allegations asserted in the above-referenced action be and hereby are dismissed without prejudice; and

IT IS HEREBY ORDERED that the individual claims of the Plaintiffs are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 9, 2019

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE